

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

# ORDER WITHDRAWING MEDIATION ORDER

Cause number:  01-17-00591-CV

Style:  Texas First Investment Management Co., LLP v. Thomas  J. Coorsh

Date motion filed:  September 14, 2017

Type of Motion:  Objection to Mediation

Party filing motion:  Appellee

It is **ordered** that Appellee's objection to mediation is granted.  We withdraw our Mediation Order dated September 6, 2017.

Judge's signature: /s/ Laura C. Higley _____
　　　　　　　　　 X  Acting individually  ☐ Acting for the Court

　　　　　　　　Panel consists of

Date:  September 15, 2017

\* Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief.  *See* TEX. R. APP. P. 10.3(a).

**Note**: Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing.  TEX. R. APP. P. 10.4(a).